**JS-6**

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

DAIANA ANDREA SIERRA BERNAL,

Petitioner,

v.

JAMES JANECKA, *et al.*,

Respondents.

Case No. 5:26-cv-03116-DMK

**JUDGMENT**

IT IS HEREBY ADJUDGED that the Petition is GRANTED.

Respondents shall release Petitioner forthwith on conditions no more restrictive than those in effect when she was most recently detained. Any future enforcement actions after release must comply with due process requirements. Further, Respondents shall return to Petitioner at the time of her release all confiscated documents and possessions.

DATED: July 17, 2026

HON. DIANA M. KWOK
UNITED STATES MAGISTRATE JUDGE