CHRISTOPHER J. DESALVA, ESQ.
SBN 172209
LAW OFFICE OF CHRISTOPHER JOSEPH DESALVA
45-902 Oasis Street, Suite D, Indio, CA 92201
Telephone: (760) 447-0031 | Email: desalvalaw@gmail.com

Attorney for Petitioner
DAIANA ANDREA SIERRA-BERNAL

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA — EASTERN DIVISION**

| | |
|---|---|
| DAIANA ANDREA SIERRA-BERNAL,<br><br>Petitioner,<br><br>v.<br><br>JAMES JANECKA, Warden, Adelanto ICE Processing Center, et al.,<br><br>Respondents. | Case No. 5:26-cv-03116-DMK<br><br>**ORDER GRANTING UNOPPOSED APPLICATION FOR ENTRY OF FEE AWARD AND APPROVING STIPULATION FOR AWARD OF ATTORNEY'S FEES AND COSTS UNDER THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412**<br><br>**[ECF No. 20]**<br><br>Hon. Diana M. Kwok |

On July 17, 2026, the Court granted Petitioner's petition for writ of habeas corpus and entered judgment. ECF Nos. 18, 19. Paragraph 4 of the Court's Memorandum and Order provides that, within thirty days of entry of final judgment, the Court will consider an application from Petitioner for reasonable attorney's fees and costs. ECF No. 18.

On August 13, 2026, the parties filed a Stipulation for Award of Attorney's Fees and Costs under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412, agreeing to settle Petitioner's claim for $4,500.00 in fees and costs. ECF No. 20. The Court is also in receipt of Petitioner's Unopposed Application for Entry of Fee Award under the Equal Access to Justice Act. Having considered the Stipulation and the Application, and good cause appearing, IT IS HEREBY ORDERED that:

1. The Stipulation (ECF No. 20) is APPROVED, and Petitioner's Unopposed Application for Entry of Fee Award is GRANTED.

2. Respondents shall pay Petitioner the total sum of FOUR THOUSAND FIVE HUNDRED DOLLARS AND NO CENTS ($4,500.00) in attorney's fees and costs under EAJA, 28 U.S.C. § 2412(d), in full and complete satisfaction of any and all claims for attorney's fees, costs, and expenses in this action.

3. Consistent with Astrue v. Ratliff, 560 U.S. 586 (2010), the award is payable to Petitioner and is subject to offset to satisfy any pre-existing debt Petitioner may owe to the United States. If the United States Department of the Treasury determines that Petitioner owes no such debt, payment may be made payable to the Law Office of Christopher Joseph DeSalva pursuant to any assignment executed by Petitioner, as provided in the Stipulation. In either event, payment shall be delivered to Petitioner's counsel of record.

4. Payment shall be made as expeditiously as practicable following entry of this Order, upon Respondents' receipt of the information reasonably required to process the payment.

5. Nothing in this Order constitutes a finding or admission of liability by any party, or a finding that the position of the United States was not substantially justified within the meaning of 28 U.S.C. § 2412(d)(1)(A).

IT IS SO ORDERED.

Dated: October 7, 2026

HON. DIANA M. KWOK
United States Magistrate Judge